**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6401**

DANIEL SCHEUERMAN,

　　　　　　Plaintiff - Appellant,

　　　v.

K. BOZMAN, Case Management; KATHLEEN GREEN, Warden of the
Eastern Correction Institution,

　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:09-cv-01386-DKC)

Submitted:  June 1, 2010　　　　　　Decided:  June 9, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Scheuerman, Appellant Pro Se.  Nichole' Cherie Gatewood,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Scheuerman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Scheuerman v. Bozman, No. 8:09-cv-01386-DKC (D. Md. Mar. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2